# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| JESSICA JEAN SHEPARD, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 2:12-cv-00055-MR |
| | ) | 2:08-cr-00032-MR-1 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 8, 2014 Memorandum of Decision and Order.

September 8, 2014

Signed: September 8, 2014

_____
Frank G. Johns, Clerk
United States District Court